

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   MAY 20, 2024   *
BROOKLYN OFFICE

May 13, 2024

24-CR-210
Judge Nicholas G. Garaufis

**MEMORANDUM
TO BRENNA MAHONEY
CLERK OF COURT
U.S. DISTRICT COURT**

        **RE: HALL, Cerone
Docket Number:** 1:22CR00536-1 (Southern District of New York)
**Request for Acceptance of Transfer of Jurisdiction**

Reference is made to Cerrone Hall (Hall) originally sentenced by The Honorable Glenn T. Suddaby, Chief U.S. District Judge in the Northern District of New York (NDNY) on April 25, 2018, after being found guilty of Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. 1349, 18 U.S.C. 1343 and U.S.C. 1341, a Class C Felony; Aggravated Identity Theft, 18 U.S.C. 1028A, a Class E Felony. Hall was sentenced sixty (60) months' custody; three (3) years' supervised release; a $200 special assessment fee and a $478,320 restitution order. The following special conditions were imposed: 1) Substance abuse treatment; 2) Mental health treatment; 3) Refrain from alcohol use and alcohol testing; 4) Must not incur new credit charges of open additional lines of credit; 5) Financial and credit counseling; 6) Apply all monies from income tax refunds, lottery winnings, judgements and any other anticipated or unexpected financial gains to financial obligation; 7) Financial disclosure; and 8) Search condition. On October 7, 2022, a transfer of jurisdiction from the NDNY to the Southern District of New York (SDNY) was completed. Hall was reassigned to the Honorable Mary Kay Vyskocil, U.S. District Judge in the SDNY.

Hall initially commenced his term of Supervised Release in the SDNY on January 14, 2022. On June 23, 2023, the Eastern District of New York (EDNY) accepted courtesy supervision, based on his residence herein. He currently resides with his sister, her husband, and the couples' children in an apartment located in Brooklyn, New York. On May 2, 2024, U.S. District Judge Mary Kay Vyskocil signed an order to transfer jurisdiction to the EDNY.

Based on the above, we respectfully request that this case be docketed and assigned to an EDNY District Judge. Attached, please find two copies of Probation Form 22, Transfer of Jurisdiction, signed by U.S. District Judge Mary Kay Vyskocil.

                                                  RESPECTFULLY SUBMITTED:

                                                  ROBERT L. CAPERS
                                                  CHIEF U.S. PROBATION OFFICER

Prepared by: _____  Approved by: Joshua Mack _(Digitally signed by Joshua Mack, Date: 2024.05.13 13:16:49 -04'00')_
                 Tiffany Duque                               Joshua Mack
                 U.S Probation Officer                Senior U.S Probation Officer

| PROB 22<br>(Rev. 11/23) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>1:22CR00536-1 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Cerrone Lamar Hall<br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>*   MAY 20, 2024   *<br>BROOKLYN OFFICE 24-CR-210<br>Judge Nicholas G. Garaufis | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Glenn T. Suddaby | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/14/2022 | TO<br>1/13/2025 |

OFFENSE

<u>Count 1</u>: Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. § 1349, 18 U.S.C. § 1343 and 18 U.S.C. § 1341, Class C Felony; <u>Count 6</u>: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, Class E Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hall has secured stable residence in the Eastern District of New York and has no intention to return to the Southern District of New York.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

|    May 2, 2024<br>Date | *Mary Kay Vyskocil*<br>United States District Judge |
|---|---|

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Cerrone Lamar Hall supervision from the Southern District of New York to the Eastern District of New York, the sealed records of the Court in the above-styled matter relating to Cerrone Lamar Hall are unsealed for the limited purpose of transferring those records to the United States District Court for the Eastern District of New York and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

|    5/2/24<br>Effective Date | S/ Nicholas G. Garaufis<br>United States District Judge |
|---|---|